**IN the INTEREST OF M.R.I.**

**No. ED 103431**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE

FILED: August 23, 2016

Gretchen Yancey, 200 N. 9th, Suite A, Columbia, MO 65201, YANCEY LAW FIRM LLC, ATTORNEY FOR APPELLANT.

Thomas Reuben Benson Ellis II, Attorney for Natural Mother.

Jacob Wesley Shellabarger, Andrew Jeffrey Rehmer, Co-Counsel, 101 N. Jefferson Street, Room 306, Mexico, MO 65265, ATTORNEY FOR RESPONDENT-JUVENILE OFFICER.

Melissa Buckman Young, 210 W. Jackson Street, Mexico, MO 65265, ATTORNEY FOR JUVENILE.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM

R.M.I. appeals from the trial court's judgment of the juvenile division of the

---

1. All rule references are to Mo. R. Crim. P. 2014, unless otherwise indicated.

circuit court finding that he had sexually abused his minor child, M.R.I. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).